IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT E. WALKER, JR.,                    )
                                          )
                Plaintiff,                )
                                          )
        v.                                ) Civ. No. 14-1500-SLR
                                          )
E.I. DUPONT DE NEMOURS AND CO.,           )
                                          )
                Defendant.                )

**ORDER**

At Wilmington this 11ᵗʰ day of August, 2016, for the reasons set forth in the

memorandum opinion issued this date;

IT IS HEREBY ORDERED that defendant's motion for summary judgment is

**granted** in part and **denied** in part.  (D.I. 24)

UNITED STATES DISTRICT JUDGE